STATE OF MAINE
CUMBERLAND, ss

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-15-522

DARRELL PARSONS,

Plaintiff

v.

CITY OF WESTBROOK,

Defendant

STATE OF MAINE
Cumberland ss, Clerk's Office

MAR 16 2017

RECEIVED

ORDER

Before the court is a motion for summary judgment filed by defendant City of Westbrook. That motion, filed on February 14, 2017, included a 21-day notice stating that opposition to the motion had to be filed within 21 days and that a failure to file timely opposition would be deemed a waiver of all objections to the motion. *See* M.R.Civ.P. 7(b)(1)(A), 7(c)(3).

Plaintiff Darrell Parsons has not filed any opposition to the motion. Nevertheless the Law Court has ruled that, even where no opposition has been filed, courts are nevertheless required to review the statement of material facts submitted by a party moving for summary judgment in order to determine whether the material factual assertions are properly supported. *See Cote Corp. v. Kelley Earthworks Inc.,* 2014 ME 93 ¶ 8, 97 A.3d 127.

Accordingly, the court will take the motion under advisement and will determine whether the unopposed motion should be granted.

The entry shall be:

Under advisement order issued. The Clerk is directed to incorporate this order in the docket by reference pursuant to Rule 79(a).

Dated: March 16, 2017

Thomas D. Warren
Justice, Superior Court